IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01156-GPG

JAMES ANDERSON,

     Petitioner,

v.

ATTORNEY GENERAL CYNTHIA COFFMAN, and
WARDEN MILLER,

     Respondents.

---

ORDER DISMISSING CASE

---

Petitioner, James Anderson, is a prisoner in the custody of the Colorado

Department of Corrections.  It has come to the Court's attention that Mr. Anderson,

apparently inadvertently, has initiated two separate habeas corpus actions.  On April 28,

2015, Mr. Anderson submitted for filing an Application for a Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2254 and civil action number 15-cv-00905-GPG was opened.

On April 30, 2015, Magistrate Judge Gordon P. Gallagher ordered Mr. Anderson to file

an amended habeas corpus application in that action that clarifies the claims he is

asserting.  On June 2, 2015, Mr. Anderson submitted for filing a Petition for Relief From

a Conviction or Sentence By a Person in State Custody (Petition Under 28 U.S.C. §

2254 for a Writ of Habeas Corpus) that did not include a case number and the instant

action was opened.  Mr. Anderson is challenging the validity of the same state court

conviction in both cases.

The instant action will be dismissed without prejudice and Mr. Anderson will be

allowed to pursue his habeas corpus claims in civil action number 15-cv-00905-GPG.

All future filings regarding these habeas corpus claims should be made in civil action

number 15-cv-00905-GPG and must be identified with that case number.

Finally, the clerk of the Court will be directed to file in civil action number 15-cv-00905-GPG a copy of the Petition for Relief From a Conviction or Sentence By a

Person in State Custody (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

(ECF No. 1) filed in this action.  Accordingly, it is

ORDERED that the instant action is dismissed without prejudice.  It is

FURTHER ORDERED that the clerk of the Court file in civil action number 15-cv-00905-GPG a copy of the Petition for Relief From a Conviction or Sentence By a

Person in State Custody (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

(ECF No. 1) filed in this action.

DATED at Denver, Colorado, this   5th   day of ___ June _____ , 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court